UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

The Islamic Food and Nutrition Council of America

Plaintiff,

v.  Case No.: 1:17−cv−06906
Honorable Manish S. Shah

Bakesweat Corp

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 29, 2018:

MINUTE entry before the Honorable Sheila M. Finnegan: Settlement conference held on 5/29/2018. Parties reached and executed a settlement agreement. All matters relating to the referral having been completed, the referral is closed. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.